No. 43379.—Protest 13449–K(B) of Freedman & Slater (New York).

Opinion by Dallinger, J. In accordance with stipulation of counsel and on the authority of Abstract 41024 the articles in question were held dutiable as household utensils at 40 percent under paragraph 339 as claimed.

No. 43380.—Protest 15681–K of Irving W. Rice Co. (New York).

Opinion by Dallinger, J. In accordance with stipulation of counsel the bottles in question were held dutiable at 40 percent under paragraph 339. *Viking Trading Co.* v. *United States* (2 Cust. Ct. 237, C. D. 132) followed.

Before the Third Division, March 13, 1940

No. 43381.—Protests 11866–K, etc., of Biddle Purchasing Co. et al. (New York).

Opinion by Evans, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

Before the Second Division, March 14, 1940

No. 43382.—Protests 965860–G, etc., of Shell Petroleum Corp. (Galveston).

Opinion by Dallinger, J. In accordance with stipulation of counsel and on the authority of *Shell Petroleum Corp.* v. *United States* (C. D. 243) the gravimeters and parts in question were held dutiable at 27½ percent under paragraph 372 as claimed.

No. 43383.—Protest 998756–G of Asiatic Petroleum Corporation (New York).

Opinion by Dallinger, J. In accordance with stipulation of counsel and on the authority of *Shell Petroleum Corp.* v. *United States* (C. D. 243) the gravimeters and parts in question were held dutiable at 27½ percent under paragraph 372 as claimed.